■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY STEVENS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on June 16, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Birns, J. P., Evans, Capozzoli and Markewich, JJ.